1
2
3
4
5
6
7                      UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9                                  * * *

10   KYLE RODNEY,                          Case No. 3:16-cv-00305-MMD-WGC

11                        Plaintiff,
          v.                                              ORDER
12
     BRIAN SANDOVAL, *et al.*,
13
                        Defendants.
14

15          Before the Court is Plaintiff Kyle Rodney's Motion to Dismiss Without Prejudice.

16   (ECF No. 24.) Plaintiff may seek dismissal of this action pursuant to Fed. R. Civ. P.

17   41(a)(2) if the opposing party has already served an answer. Rule 41(a)(2) provides "an

18   action may be dismissed at the plaintiff's request only by court order, on terms that the

19   court considers proper." The decision to grant or deny a request pursuant to Rule

20   41(a)(2) is within the sound discretion of the trial court and is reviewed only for abuse of

21   discretion. *Sams v. Beech Aircraft Corp.*, 625 F.2d 273, 277 (9th Cir. 1980). Dismissal

22   pursuant to Rule 41(a)(2) should be granted unless the defendant can show that it will

23   suffer some clear legal prejudice as a result. *Smith v. Lenches*, 263 F.3d 972, 975 (9th

24   Cir. 2001). Defendants Non-Opposition to Plaintiff's Motion to Dismiss was filed on

25   September, 25, 2017 (ECF No. 25). The Court is therefore satisfied that good cause

26   appears to dismiss this suit.

27          It is therefore hereby ordered that Plaintiff Kyle Rodney's Motion to Dismiss

28   Without Prejudice (ECF No. 24) is granted.

It is further ordered that Defendants' Motion for Leave to File Confidential Documents Under Seal in Support of Defendants' Motion for Summary Judgment (ECF No. 18) is granted.

It is further ordered that Defendants' Motion for Summary Judgment (ECF No. 17) is denied as moot.

The Clerk of Court is directed to close this case.

DATED THIS 27th day of September 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE